FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CT

IN RE: SUBPOENA  Case No. 3:18mj956-SALM

**Filed Under Seal**

### APPLICATION FOR ORDER COMMANDING INSTAGRAM LLC, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUBPOENA

The United States requests that the Court order Instagram LLC not to notify any person (including the subscriber(s) and customer(s) of the account listed in the subpoena of the existence of the attached subpoena for six months, which the Government may seek to extend.

Instagram LLC is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the Drug Enforcement Agency ("DEA") obtained the attached subpoena, which requires Instagram LLC to disclose certain records and information to the DEA. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached subpoena relates to an ongoing criminal investigation that that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. There is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by giving targets an opportunity to flee from prosecution, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the existence of

the subpoena, the subjects under investigation could destroy that evidence, including information saved to their personal computers and email accounts.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Instagram LLC not to disclose the existence or content of the attached subpoena for six months, except that Instagram LLC may disclose the attached subpoena to an attorney for Instagram LLC for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on June 19 2018

JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
203-821-3700
Federal Bar No. ct30426